UNITED STATES DISTRICT COURT
DISTRICT OF COLOMBIA

UNITED STATES OF AMERICA,

                Plaintiff,                          Case No. 1:25-cr-00047-RC

-vs-                                                  Hon. Rudolph Contreras

DANA MCDANIEL,

                Defendant.

## Stipulation to Adjourn Sentencing

The Court accepted a guilty plea from Dana McDaniel on March 28, 2025 and scheduled a sentencing hearing for August 6, 2025. The parties agree to adjourn the sentencing, from August 6, 2025, to date that accommodates the courts schedule. However, Defense Counsel is also requesting additional time to gather records and other mitigation material to support its sentencing request.

        SO STIPULATED.

/s/*Rebecca Ross (with consent)*                    /s/*James King*
Rebecca Ross                                                  James King
Assistant United States Attorney              Attorney for Dana McDaniel
610 D Street NW                                     PO Box 14535
Washington, DC 20530                         Detroit, Michigan 48214
Email: ross2@usdoj.gov                       Email: king1je@gmail.com
Telephone: (202) 252-6937                  Telephone: (313) 804-4766

Dated: July 23, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF COLOMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 1:25-cr-00047-RC

-vs-                                     Hon. Rudolph Contreras

DANA MCDANIEL,

        Defendant.

## Order Adjourning Sentencing Hearing

Having considered the parties' stipulation and agreement, the Court finds good cause to postpone the sentencing hearing in this matter. The sentencing originally scheduled for August 6, 2025 to a later date set by the court.

**IT IS SO ORDERED.**

                                                                  Honorable Rudolph Contreras
                                                                   United States District Judge

Entered: