**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 25-CR-00047** |
| **DANA MCDANIEL,** | |
| **Defendant.** | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ADJOURN SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, responds to Defendant's Stipulation to Adjourn Sentencing, ECF No. 24:

1. On July 14, 2025, counsel for the Defendant ("Counsel") asked the Government if it had any objection to a 30-day continuance for the Defendant's sentencing scheduled on September 6, 2025. In that email, Counsel indicated he needed the continuance due to his trial schedule.

2. Approximately 12 minutes after receiving that email, the Government responded to Counsel and indicated that it would not oppose that continuance and would be available the week of September 7, 2025. Shortly thereafter, the Government also told Counsel that it would request that the sentencing memorandum deadline remain the same. Counsel never responded.

3. On July 23, 2025, Counsel filed a Motion to Continue, but it appeared that motion was filed in error as it contained the wrong case information. Approximately three minutes after that Motion to Continue was filed, the Government emailed Counsel and alerted him that it appeared the Motion was filed in error.

1

4. On July 28, 2025, the Government asked Counsel if he intended to continue the sentencing date.

5. On July 29, 2025, over two weeks since Counsel originally asked the Government's position on a 30-day continuance, and having never followed up, Counsel filed a "Stipulation to Adjourn Sentencing," indicating that "[t]he parties agree to adjourn sentencing, from August 6, 2025, to date that accommodates the courts schedule." The "stipulation" also asserted that "Defense Counsel is also requesting additional time to gather records and other mitigation to support its sentencing request," although the sentencing memorandum was due on July 24, 2025. Included in this stipulation was a signature block with Government Counsel's signature that indicated it was signed "with consent." Government Counsel was not consulted and did not review the filing.

6. To clear up any confusion, the Government does not oppose a short 30-day continuance to accommodate Counsel's trial schedule. The Government would respectfully ask this Court to reschedule the Defendant's sentencing for the week of September 7, 2025, or the week of September 14, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Rebecca G. Ross*
Rebecca Ross (N.Y. BAR #5590666)
Assistant United States Attorney
601 D Street N.W.
Washington, D.C.  20530
Rebecca.Ross2@usdoj.gov
(202) 815-8982