**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 25-CR-00047** |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **DANA MCDANIEL,** | : | |
| **Defendant.** | : | |

## DANA MCDANIEL'S SENTENCING MEMORANDUM

### I.     INTRODUCTION

Dana McDaniel is a 43-year-old single mother that comes before this Honorable Court with no prior criminal record. She has devoted her entire adult life to her family, community, and the citizens of the District of Columbia (DC). Although Ms. McDaniel grew up in an environment that would have turned most people to drugs or violence, when faced with adversity Ms. McDaniel has never compromised her integrity. She comes before this Court as a remorseful woman that acknowledges that she has made an error of judgement. She understands that this lapse of judgment has put a stain on her legacy in the community. She takes full responsibility for her actions and extends her sincere apology to the citizens of the District of Columbia.

### II.     SENTENCING GUIDELINES

Ms. McDaniel clearly demonstrated acceptance of responsibility for her actions and assisted authorities in the prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources. *See* PSR at ¶¶ 39-40. Ms. McDaniel also meets the requirements at USSG 4C1.1 therefore she is a zero-point offender. *See*

PSR ¶ 41. Ms. McDaniel's criminal history computation establishes a category of I. See PSR ¶ 45. Defense Counsel submits to the Court that Ms. McDaniel was not a public official in a high-level position, thus her offense level should be scored at 11. That calculation places Ms. McDaniel's guidelines in Zone B with 8-14 months.

| Guideline | Description | Offense Level |
|---|---|---|
| § 2C1.1(a)(1) | Base Offense Level | +14 |
| § 2C1.1 (b)(2) | Value of Bribes | +2 |
| §3E.1.1(a) and (b) | Acceptance of Responsibility | -3 |
| §4C1.1 | Adjustment for Zero Ponit Offender | -2 |
| Total | | 11 |

### a. Ms. McDaniel Was Not a Public Official in a High-Level, Decision-Making or Sensitive Position.

The government's argument for Ms. McDaniel being a high-level official relies on her ability to make "direct authority to make decisions" or her "substantial influence over the decision-making process." USSG § 2C1.1 cmt. n.4(A). However, not only did Ms. McDaniel lack direct authority and substantial influence at ONSE, but her temporary title of Director is also questionable at best.

Ms. McDaniel's title of "Deputy Director" for the District of Columbia's Office of Neighborhood Safety and Engagement (ONSE) was a temporary title implemented to support the optics of the agency. When Ms. McDaniel was hired ONSE only had 20 employees. Ms. McDaniel was only given that title to support the completion of the Organizational Chart and satisfy a complete organizational structure within the agency. However, when Ms. McDaniel applied for the position at ONSE, the position title on the application was Program Manager, not Deputy Director. Ms. McDaniel's title with DCHR during her tenure with ONSE was that of a Program

Manager. (See Exhibit V). Upon review, it appears that Ms. McDaniel never assumed the title of Deputy Director under DCHR.

There are many ways to distinguish a Deputy Director from a Program Manager. For instance, Deputy Directors within DC Government are required to report to the Agency Director. Here, Ms. McDaniel reported to the ONSE Chief of Staff.  In addition, Deputy Directors tend to oversee multiple programs within an agency. In contrast, Ms. McDaniel only oversaw Violence Prevention and Intervention Program as a Manager of said program.  Moreover, Ms. McDaniel did not have the authority of a person with a high-level position (Deputy Director). Ms. McDaniel was unable to make unilateral decisions for the Violence Prevention and Intervention Program. All decisions had to be vetted and approved by the Chief of Staff, Agency Director and Deputy Mayor's Office.

Since Ms. McDaniel's departure from ONSE, their current structure includes Associate Directors. These positions report directly to the Agency Director. There have been no Deputy Director titles at ONSE since the exit of Dana McDaniel. ONSE began to formally onboard Associate Directors within the agency in 2022. When Ms. McDaniel expressed an interest in applying for the Associate Director position she was denied by the Deputy Mayor's office.

The government claims that Ms. McDaniel is a high-level employee, yet they did not introduce any decisions that she made, explain the decision-making process, or show evidence of how Ms. McDaniel influenced the decisions of the agency. Therefore, Ms. McDaniel was not a public official in a high-level, decision-making or sensitive position. She was hired at ONSE at a time when the agency was being structured and given the title of Deputy Director to fulfill the organizational chart until ONSE had the funding to support onboarding Associate Directors.  When the agency had the funding to hire Directors Ms. McDaniel was denied the opportunity to apply

for the position of Associate. Upon our last review, ONSE has not had any Deputy Directors snice her departure. Even if the Court is not satisfied with Defense Counsel's argument that Ms. McDaniel was not a high-level official, the government has not provided the Court with sufficient evidence that she Dana McDaniel had the direct authority to make decisions or substantial influence over the process as is required by the law.

### b.  Zero Point Offenders in Zone B

Ms. McDaniel's guideline range is in Zone B of the Sentencing Table. Therefore, since she received an adjustment under 4C1.1 and her applicable guideline range is in Zone B of the Sentencing Table, a sentence other than a sentence of imprisonment . . . is generally appropriate. USSG§ 5C1.1, comment (n10). Ms. McDaniel's minimum term may be satisfied by a sentence of probation that included a condition or combination of conditions that substitute home detention for imprisonment according with USSG § 5C1.1(c)(2) or (c)(3).

### III.     REQUEST

For reasons that will be explained thoroughly in this memorandum, the defense is requesting that Ms. McDaniel be sentenced to a period of 30 days of home confinement followed by two years of probation. That sentence is sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

### IV.     FACTORS

The factors set forth in 18 U.S.C. § 3553(a) support the Defense's request to sentence Ms. McDaniel to 30 days of home confinement and two years of probation. These factors include the nature of the offense, the history and characteristics of the defendant, and he need to promote respect for the law, just punishment, and adequate deterrence. 18 U.S.C. § 3552(a)

### a.  The Nature of the Offense

Ms. Ms. McDaniel worked at ONSE in the Violence Prevention and intervention program. Prior to this incident she never had any accusations of foul play as a government employee. During the course of her employment a vendor approached her with a bribe. Ms. McDaniels had recently split from her relationship with the father of her child and had fallen into hard times. The pressure from being a single mother and having financial hardships clouded her judgement and she made a mistake that she will regret for the rest of her life. She accepts responsibility for her actions and understands the seriousness of her offense. Although she is only pleading to agreeing to assist someone, she understands that taking a bribe betrayed the trust of the citizens of the District of Columbia.

Ms. McDaniel would like for the Court to consider that she only plead to accepting the bribe, to actually completing any acts that would have compromised the funding of ONSE. Moreover, it is important to note that this case does not involve any allegations of violence, drugs or weapons.

**b.  History and Characteristics**

The second factor to be considered weighs in favor of the sentence requested by the defense. Not only does Ms. McDaniel come before this Court with no criminal record, she also has evidence showing that this act does not reflect who she is as a person. In it's memorandum, the government incorrectly addresses the history and characteristics of the offense instead of that of Ms. McDaniel. Instead, they should address Ms. McDaniel's history and circumstances.

Dana McDaniel has been a pillar in her community for more than 25 years. I have had the privilege of knowing Ms. McDaniel long before she made the mistake that would change her life forever. Despite this unfortunate turn of events, my opinion about her character has not changed. Before I refer to who she is and what she has done for her community, I would like to tell this

Honorable Court about my firsthand experiences with Ms. McDaniels and the work she has done in the community.

In 2012, I was hired at the Public Defender Service for the District of Columbia. My first position was with the Community Defender Division in the Juvenile Services Program (JSP). My duties required me to represent minors that were committed to the Department of Youth Rehabilitation Services (DYRS). I was stationed in every detention facility associated with the District of Columbia (DC). I also requested every group home and mental health facility that housed children form DC. It was within the walls of these facilities when I first heard the name Dana McDaniels.

Although Ms. McDaniels worked for the same entity that remanded and detained those kids, they adored Ms. McDaniels. One by one I interviewed hundreds of kids and each one of them either mentioned something that Ms. McDaniel had done for them or asked me if I had met her. The stories that I heard seemed like folk tales of a fictional character. Children told me about Ms. McDaniels taking their families food after work hours, helping teens that had babies get visits after their children were taken from them, tutoring students that dropped out of high school so that they can earn a General Education Diploma, and more. In fact, I vividly remember a fourteen old boy telling me a story about when he was being attacked by a staff at the Youth Services Center and Ms. McDaniel physically putting herself in the middle of the two of them and protecting him until the man that was assaulting him was subdued. That is Dana McDaniel.

When I finally got the chance to meet Ms. McDaniel, she was surrounded by a group of children at New Beginnings. The children were surrounding her in a semi-circle, and she was talking to them about gun violence in their communities. When she spoke, they listened. I watched in awe because for over a year, I watched staff, teachers, and parents try to get the same kids to sit

quietly with little to no success. There I watched Ms. McDaniel accomplish that goal without raising her voice. They asked questions and she provided answers. She spoke words of hope and prosperity. She discussed her own life as a DC native, and she encouraged them to keep trying to be successful.  I think it is important to note that most of these kids were from neighborhoods that were literally at war. At New Beginnings, youths from different neighborhoods were housed separately for safety reasons. When a unit was moving to or from a facility a unit with a youth from a different neighborhood was usually locked down to prevent youths from breaking lines and running after each other. Yet here they were, all together, listening to life advice from a woman they respected.

Although the relationship between PDS and DYRS was adversarial, my interactions with Ms. McDaniel were not. She immediately became an ally because her goal was always to help the youth of DC, not just to punish them. Her hard work and dedication helped changed the lives of thousands of children in the District. After my two-year tenure with JSP I left for the Trial Division and didn't have any interactions with Ms. McDaniel. I did not see her again for about 6 years.

When I saw Ms. McDaniel again it was near my home in Northeast DC. There had been a shooting about a block from my home, and the street was in complete chaos. Two people had been shot and there was a crowd of approximately thirty to forty people outside of the home. I watched from a distance as the police lost control of the crowd and things progressively got worse. When the Emergency Medical Services arrived the Emergency Medical Technicians (EMT) could not get through the crowd to render aid. It was not long before the crowd turned their aggression from the officers to the EMTs.

Ms. McDaniel arrived in a car, approached the crowd, and immediately took matters into her own hands. She personally guided the EMTs through the crowd to one of the injured men.

Then she walked with the EMTs and the stretcher until the injured man was inside of the Ambulance. If that was not enough, she moved the crowd so that the truck could get the man inside to the hospital. She was making her way back to the second person when more officers were arriving to assist. I lost sight of her when the other officers arrived but in that short period of time, she had done more to help those people than myself and any of my neighbors. Ms. McDaniel stepped up and stepped in because she is someone who cares about her community.

Ms. McDaniel's character is referenced several times in her Sentencing Memorandum. Her therapist wrote, "Ms. McDaniel poses no threat to the community. On the contrary, she has become a positive influence within her family and community network."  *See* Exhibit U.

### c.   Respect for the Law, Just Punishment and Adequate Deterrence

A sentence of home confinement and probation would provide just punishment and adequate deterrence. The stain on Ms. McDaniel's image will haunt her for the rest of her life. She has literally lost her life's work because of her bad decisions. Ms. McDaniel prides herself on being a strong woman. She is ashamed to admit that she was mentally weak when she accepted money from someone trying to bribe her. That decision has not only cost her the job that employed her, it has also caused her name and image to be in the press. Her actions have caused her to have her name and image in the media. Ms. McDaniel is also being punished by having a felony record for the rest of her life. The felony conviction will limit her ability to find gainful employment. She will experience a change of life because the likelihood of her finding employment that will match her former salary is highly unlikely.

There is no evidence that Ms. McDaniel will ever commit a crime in the future. Not only does Ms. McDaniel come before this Corut without a criminal record, she also realizes that he actions she took can possibly take her away from her baby. I submit to this Court that she will not

do anything that could separate her from her only child. As the head of her household and her daughter's primary caregiver Ms. McDaniel said "I pray that I can be granted mercy and an opportunity to endure my consequences without being separated from my baby. I understand now that my thoughts and feelings of fear and survival led me to make an uncharacteristic decision. This offense was not an ongoing pattern of behavior – this incident was a one-time encounter where I had a brief lapse of judgement. I now have a better trust in a higher power and a understanding that I do not have to lib in survival mode as God will provide for my needs." *See* PSR at ¶ 31. Finally, Ms. McDaniel respects the law and this Honorable Court. Her lack of judgement was not an indication of disrespect; it was an act of desperation. Ms. McDaniel acknowledges that it was a foolish act.

### V.    FORFITURE

When Ms. McDaniel first received notice from the government that she was under investigation for bribery, she immediately asked if she could return the money. Subsequently, Ms. McDaniels agreed to waive her right to be indicted, she plead guilty to the charge, and agreed to return the money that she took. She does not object to the government's request to have $10,000 forfeited at sentencing.

### VI.    CONCLUSION

Throughout her life, Ms. McDaniel has fought through adversity without making bad decisions. She made a bad decision late in life and that has ruined her reputation, taken her dignity and placed her liberty in jeopardy. She never imagined that she would be in a federal courtroom staring at federal charges and imprisonment. She humbly asks this Court to allow her to continue to prove that she can abide by any conditions ordered by this Court while in the community. She has had no infractions while being monitored before sentencing. She is asking for a sentence of

probation and home confinement. A sentence of probation would allow her to continue to be a loving mother to her child and begin her journey towards rehabilitation. Incarceration will disrupt her progress and hinder her ability to contribute positively to society. Considering her lack of a criminal record, family support and compliance, such a sentence will be sufficient but not greater than necessary to meet Congress's penological goals.

Respectfully Submitted

James King
Counsel for Ms. McDaniel
PO Box 14535
Detroit, MI 48214
(313) 312-5779
King1je@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLOMBIA


UNITED STATES OF AMERICA,

                Plaintiff,           CR. NO. 1:25-cr-00047-RC

     v.                       HON. RUDOLPH CONTRERAS


DANA MCDANIEL,

                Defendant.

_____/


## **INDEX OF EXHIBITS**
## **IN SUPPORT OF DEFENSE SENTENCING MEMORANDUM**


EXHIBIT A ................................................……..Letter of Support by Tiara King
                                       (McDaniel's father)

EXHIBIT B…………………………………...Letter of Support by Mr. Charles King
                                   (McDaniel's colleague)

EXHIBIT C……………………….Letter of Support by Nicole Kumi, Ph.D, PMH-C
                                   (McDaniel's colleague)

EXHIBIT D………………………..Letter of Support by Lenwood M. Hunter M.P.A.
                                     (McDaniel's friend)

EXHIBIT E...................................................Letter of Support by Darius Baxter
                                   (McDaniel's colleague)

EXHIBIT F..........................................Letter of Support by Dr. Carmen White
                                     (McDaniel's friend)

EXHIBIT G ..............................................Letter of Support by Dr. Lennie Smith
                                     (McDaniel's friend)

EXHIBIT H.................................................. .......Letter of Support by Gabi Smith
(McDaniel's friend)

EXHIBIT I..................................................Letter of Support by Colie Levar Long
(McDaniel's friend)

EXHIBIT J.........................................Letter of Support by Pastor Jane E. Myles
(McDaniel's friend)

EXHIBIT K................................................ Letter of Support by Reverend Judie
(McDaniel's friend)

EXHIBIT L................................................Letter of Support by Nicole Styles
(McDaniel's friend)

EXHIBIT M................................................Letter of Support by Rahim Jenkins
(McDaniel's friend)

EXHIBIT N................................................Letter of Support by Sheila Guinyard
(McDaniel's friend)

EXHIBIT O................................................Letter of Support by Lorenzo Sanders
(McDaniel's friend)

EXHIBIT P.........................................Letter of Support by Danielle Hamilton
(McDaniel's friend)

EXHIBIT Q................................................Letter of Support by Shanice Burns
(McDaniel's friend)

EXHIBIT R................................................Letter of Support by Tyairra Guinyard
(McDaniel's friend)

EXHIBIT S ................................................Letter of Support by D. Thomas
(McDaniel's friend)

EXHIBIT T ................................................Letter of Support by Deacon Etheridge
(McDaniel's uncle)

EXHIBIT U ................................................Letter of Support by Tabitha Morris
(McDaniel's Therapist)

EXHIBIT V ................................................McDaniel's Pay Stub

EXHIBIT W .............................................. Letter of Support by Larry Moon
(McDaniel's Friend)

# EXHIBIT A

November 13, 2024

Dear Honorable Judge,

I am writing wholeheartedly in support of my esteemed friend, Dana McDaniel, whom I have had the pleasure of knowing for 20 plus years since our college days.

Dana is an exceptional individual with impeccable character, renowned for her compassion, integrity and dedication to community service. Her selflessness and commitment to empowering at-risk youth are truly inspiring. Throughout her lifetime of work, Dana has provided inspiration, encouragement and effective methods of action, helping numerous communities succeed.

Personally, I have witnessed Dana's remarkable journey. Growing up, she faced adverse childhood experiences but persevered, becoming a shining example of resilience and determination. Despite these challenges, Dana emerged as a pillar in her community, continuing her education while shaping the lives of her younger siblings. As her friend, classmate and once her colleague, I have always admired Dana's unwavering dedication and perseverance.
Still today, as a devoted advocate for youth development, Dana has worked tirelessly, providing guidance, support and resources to numerous young individuals. Her initiatives have positively impacted lives, fostering personal growth and helping many find purpose.

Dana's continued presence in the community is crucial, as her contributions have been instrumental in shaping positive change. Her absence would undoubtedly leave a significant void. As a devoted mother to her 5-year-old daughter, Dana plays a vital role in shaping her life. Her guidance, love and daily presence are essential to her development.

Considering Dana's remarkable record of community service and unwavering dedication, I firmly believe she should be considered for diversion. Preserving her clean record will enable Dana to continue making meaningful differences. Given Dana's exceptional character, commitment to community and family responsibilities, I strongly advocate for probation instead of detention time.

In light of Dana's remarkable attributes and contributions, I wholeheartedly ask and endorse her for diversion and probation. Her continued presence in the community and dedication to her family are invaluable.

Thank you for considering leniency in Dana's case.

Sincerely,

Tiara King
(friend)
Tnicole3581@gmail.com

# EXHIBIT B

Charles King

1111 Orren Street NE #104

Washington, DC 20002

November 19, 2024


To Whom It May Concern,


I am writing to provide a character reference for Dana McDaniel, whom I have had the privilege of knowing for the past 7 years. I know Ms. McDaniel from my work as a credible messenger with DYRS where she served as a supervisor for the program and as my supervisor at the Office of Neighborhood Safety and Engagement. Over the years I have worked with Ms. McDaniel and witnessed her compassion and unwavering commitment to helping others.


Ms. McDaniel is a person who I have seen demonstrate kindness, responsibility, and an admirable dedication to improving the lives of those around her. She carries a strong sense of community and an ability to inspire those around her.


Despite obstacles I have witnessed Ms. McDaniel work with a population of undeserved residents of DC to help resolve community conflicts as well as give them opportunities to better their lives with employment opportunities. I have seen Ms. McDaniel help community members with getting off to college, who had nowhere to turn.

Professionally Ms. McDaniel has opened doors for many, including myself. I spoke earlier in this letter about working with Ms. McDaniel and now I will take the opportunity to elaborate. When Ms. McDaniel was hired at the ONSE she allowed me to come on board at the organization due to my community connection and help with stopping multiple conflicts that were deadly here in DC. Together we saved a lot of lives which cannot be measured in words.

I believe that it is crucial for Ms. McDaniel to remain in the community, as she is a devoted mother to her 5-year-old daughter and that the interest of justice can be served with a diversion program.

Thank you for taking the time to consider this reference. I wholeheartedly vouch for Ms. Dana McDaniel and am confident she can continue a positive path. Please do not hesitate to contact me at 2023897828or via email Charlesk602@gmail.comif you require any further information.

Sincerely,

Mr. Charles King

# EXHIBIT C



November 19, 2024

To whom it may concern:

My name is Nicole Kumi and I am a maternal mental health specialist writing this letter on behalf of my colleague/friend, Dana McDaniel, to provide my professional and personal perspective on her character. I met Dana in 2012 when I began my work at New Beginnings Youth Development Center. While I wasn't new to youth correctional services, I was new to the DC youth system and population, which would be a learning experience for me. In full transparency, I was one of 3 caucasian staff members in an agency that was primarily African American DC residents, and I was brought in as a part of the shift from corrections to rehabilitation so you can imagine I was going to experience some challenges as I entered into this environment. Dana was one of the first people to seek me out and learn a bit about who I was, what I could bring to the work environment, and how I could use my education and experience to help the youth. We developed a trusting relationship in a short period, and once others began to see the interactions we were having it opened the door for me to start building relationships with all of the program and operations staff. If it had not been for Dana's willingness to come forward, get to know me, and show others that I was there to help and do good work, I am not too sure that my time at NBYDC was going to be enjoyable.

Dana is the type of person that people trust and look for during times of crisis and chaos, and I have watched her single-handedly de-escalate critical situations based on her calm demeanor and ability to relate to the youth we were working with. Dana could always be found spending time with youth all across the compound, encouraging them to drop the "street life" and explore ways they could use their skills and earn an honest living. She was someone who was trusted by the youth and respected by the staff because she was a changemaker, and a cycle breaker in her community, and she fiercely advocated for better resources and increased opportunities for the youth to develop trade school skills as well as their high school education.



I remained close with Dana when I left the DC government, and watching her evolve in her career and step into the community sector was a joy because now she had the ability to make the changes she often talked about, and the resources and support to do that. She found her purpose in community work, and never hesitated to work longer hours and days to meet the needs of her community. Dana had the amazing opportunity to become a mother to a beautiful young girl, a reminder of just how important her work truly is, and pour into her daughter in ways I'm sure she wished her mother was able to do for her. Dana found a way to be present at work and for her community without missing a beat as a mother, and being present for her daughter.

I understand that currently she is facing a challenging situation and speaking professionally I would advocate for Dana to have the opportunity to remain in her community or participate in a diversion program. Mothers are the nucleus of the American family, and removing a mother from her main environment, her home, will have unforeseen consequences on everyone in the family, primarily her daughter. These consequences come with an emotional burden for the mother and the daughter and can negatively impact the continual development of their relationship, resulting in unintended consequences for her daughter later in life. The first 7 years of a child's life are crucial for their development, and having their mother present in their life serves as the top protective factor against mental health and substance use disorders. Dana is the matriarch of her family, and while I understand the importance of justice being served, I cannot turn away from the notion that removing her from her home and community would create greater harm than good.



As a minority woman raising a minority girl, I cannot stress enough the importance of a united family unit, and the positive impact that will have on her childs mental health. Removing Dana from this unit can have a long-lasting impact on her daughter's development, potentially beginning a vicious cycle of mental health challenges. We know the resources are limited when it comes to providing mental health care for minority populations so anywhere we can provide preventative interventions, such as keeping the family together, it is highly encouraged to do so.

I do hope you will consider my recommendation to keep Dana in the community to serve her punishment so that she can continue to be a contributing member of society and afford her daughter the opportunity to grow alongside her mom in these early years.

Respectfully,

*DR. Nicole Kumi*

Nicole Kumi, PhD, PMH-C
CEO| Founder
nkumi@thewholemom.com

# EXHIBIT D

Lenwood M. Hunter
760 Canyon Oaks Drive Apt. A
Oakland, CA 94605
lenwoodhunter@gmail.com
November 12, 2024

**Re: Character Reference for Dana McDaniel**

Honorable Judge,

I am writing to you on behalf of Dana McDaniel, a dedicated community advocate and a remarkable person whom I have had the pleasure of knowing and working alongside since 2012. We first met while working together at the Department of Youth Rehabilitation Services, where we were committed to rehabilitating and empowering incarcerated youth to reintegrate into society as positive, contributing individuals. Over the years, I have come to deeply admire Dana's character, her profound compassion, and her unwavering commitment to her family and community.

Dana grew up in Washington, D.C., and has always demonstrated a genuine passion for serving her community. Her life's work has been in health and human services, focusing on rehabilitation and community engagement. Through her roles, she has positively changed countless lives, providing support, resources, and guidance to those who often felt abandoned or forgotten. Dana's dedication to her work is not just a career but a calling—a true testament to her commitment to bettering society and creating meaningful opportunities for others.

Her impact goes far beyond her professional life. Dana is the cornerstone of her family, serving as a matriarch whose strength, stability, and love provide the foundation for her loved ones. Her five-year-old daughter relies on Dana not only as a mother but as a guiding light. Dana's presence in her daughter's life is essential to her emotional and developmental growth, and the family depends on her for support, wisdom, and love. Losing Dana to incarceration would be a tremendous hardship for her family, particularly for her young daughter, who needs her mother's guidance during these formative years.

Allowing Dana to remain in the community and diverting her from detention will enable her to continue contributing positively to her family and community. She has much more to give, and detention would hinder her ability to fulfill her responsibilities and aspirations. Instead, probation would provide an opportunity for accountability while allowing her to continue her invaluable work. Diversion would also ensure that Dana's record remains untarnished, enabling her to continue her mission without obstacles in her career path. A clean record would further empower her to serve and advocate for others in need, reinforcing her commitment to community rehabilitation and support.

Dana McDaniel exemplifies the qualities of a compassionate, dedicated, and resilient individual who embodies integrity, selflessness, and unwavering commitment to others. She is remarkably empathetic, genuinely understanding of the struggles faced by those she serves and is deeply rooted in a sense of justice and kindness. Dana was raised to treat the janitor with the same respect as the

CEO—that is just who she is, and I have witnessed this firsthand! She approaches everyone with kindness, humility, and a deep sense of respect, no matter their position or background. This unwavering respect and fairness are at the heart of everything she does, and it is a big part of why she has had such a powerful impact on so many lives. Allowing Dana, the opportunity for probation or diversion would enable her to remain engaged in her impactful work, nurture her essential role as a devoted mother and family leader, and continue being a vital, positive force within her community.

I respectfully urge you to consider the profound impact Dana McDaniel has made and will continue to make if allowed to remain free. Thank you for considering this request to keep Dana McDaniel out of jail and provide her with the opportunity to continue her vital contributions.

Sincerely,

Lenwood M. Hunter, M.P.A

# EXHIBIT E

**GOOD**

**Darius Baxter**
**Chief Executive Officer**
**GOODProjects**
Washington, DC
darius@goodprojects.org
November 21, 2024

**To Whom It May Concern:**

I am writing to support Ms. Dana McDaniel, who has been a significant figure in my professional journey and the broader community. As a young graduate spearheading a new initiative, I found in Dana a champion who believed deeply in the potential of individuals committed to community betterment. Her early faith in our vision enabled us to launch programs that have made a lasting impact in Washington, D.C.

Dana's dedication to her work is matched by her personal qualities; she is a devoted mother to her daughter Debbie, and her enthusiasm as she prepares for her upcoming marriage is inspiring. Additionally, Dana's talent as a musician and her artistic spirit have touched many in our community, further exemplifying her multifaceted contributions to those around her.

Throughout my relationship with Dana, she has consistently demonstrated integrity, professionalism, and a heartfelt commitment to public service. Her guidance and support have not only benefited my organization but have also played a crucial role in the development of effective community programs that continue to thrive today.

Given her situation, I find it important to highlight the Dana McDaniel I know—a compassionate, dedicated public servant, and community advocate whose actions have always been in service to others. It is without reservation that I vouch for her character and her enduring dedication to our community.

Considering Dana's significant contributions and her potential for future positive impact, it is essential for her to maintain her clean record and active presence in the community. Diversion would allow her to continue her invaluable work, and probation, rather than detention, would enable her to fulfill her vital roles as a mother and community leader, minimizing disruption to her daughter's life and to the community that relies on her.

Should you require more information or wish to discuss her contributions in more detail, please do not hesitate to contact me.

Sincerely,

**Darius Baxter**
**Chief Executive Officer**
**GOODProjects**

**connect**
202.270.1278

**reach**
good@goodprojects.org
goodprojects.org

**write**
996 Maine Ave. SW #208
Washington, DC 20024

# EXHIBIT F



**DR. CARMEN WHITE**
President

1112 11TH STREET NW, SUITE 2
WASHINGTON, DC 20001
1-800-719-8869 ext 801

To whom it may concern,

My name is Dr. Carmen White and I am writing this letter as a character reference for Dana McDaniel. I have had the privilege of knowing Dana for over 10 years, as a colleague and then as a close friend. Over the years, I have witnessed her remarkable character and unwavering dedication to both her work and family.

Dana is a person of immense integrity and compassion. She is the kind of individual who goes out of her way to uplift those around her, always offering help, guidance, or simply a listening ear. Her sincerity and deep empathy have touched countless people, myself included. Dana's life is rooted in being a positive force for others, and I cannot overstate her impact on the people she encounters.

Professionally, Dana has dedicated her career to serving underprivileged communities in Washington, DC. During our time working together, I witnessed her tireless commitment to improving lives. Her work has truly been life-changing for many, as she consistently seeks ways to address the challenges faced by others and provide innovative solutions. Dana operates not just with expertise but with a heart full of care and a relentless drive to make a meaningful difference. Her efforts have created lasting positive outcomes within the District of Columbia community and beyond.

It is absolutely critical that Dana remains in the community as she continues to make a significant impact through her work. More importantly, Dana's role within her family cannot be overstated. She is a devoted mother to her 5-year-old daughter, who relies on her love, guidance, and presence every single day. Dana's involvement in her daughter's life is foundational to her daughter's development and emotional well-being. It is essential that Dana remains present to provide the stability and nurturing that only a mother can offer.

Furthermore, I strongly believe that Dana should be given the opportunity for diversion and probation rather than detention. Maintaining her clean record will allow her to continue her invaluable work of helping others, which aligns with her life's purpose. Any interruption to her ability to serve the community or be a hands-on parent would have far-reaching consequences for those who depend on her—both professionally and personally.

Dana is a truly special individual who embodies resilience, kindness, and the undeniable will to contribute positively to society. I respectfully urge you to consider her contributions, responsibilities, and potential as you deliberate on this matter. To know Dana is to know someone who enriches the lives of others, and I firmly believe that her continued presence in the community will only lead to the greater good for all.

Thank you for your time and consideration. Should you require any further information or wish to discuss Dana's character in more detail, please do not hesitate to contact me at DramaDoctors@gmail.com.

**Sincerely,**
**Dr. Carmen White**
**President, Dramatic Solutions Inc**
**DramaDoctors@gmail.com**
**1 (800) 719-8869 ext. 801**

# EXHIBIT G



**DR. LENNIE SMITH**
COO

1112 11TH STREET NW, SUITE 2
WASHINGTON, DC 20001
1-800-719-8869 ext 801

Dear Honorable Judge

I am writing this letter to provide a character reference for Dana McDaniel, whom I have had the privilege of working with for 12 years. Over the years, I have come to know Dana as a diligent, compassionate, and highly ethical individual.

Dana has proven to be an outstanding colleague, consistently demonstrating a commitment to excellence in youth advocacy and community programming designed to uplift youth and stop gun violence in underprivileged communities. Through her work, she has significantly impacted the lives of many. Dana's ability to establish programs to deter youth from violence work has given youth an positive escape from the daily violence flooding their community.

It is essential that Dana remains a vital part of our community. Her dedication and contributions are invaluable, and her absence would create a void that would affect many. Detention time would not only hinder her ability to continue positively influencing others, but it would also deprive our community of someone whose efforts consistently support those in need.

Dana has shown genuine remorse and a willingness to take accountability for her actions. I strongly believe that granting her the opportunity for diversion and probation, rather than incarceration, will allow her to uphold her mission of helping others without interruption. A clean record will enable Dana to maintain her career assignments and continue being a pillar of support within our community.

Considering Dana's character and the difference she makes, I respectfully urge the court to consider probation over detention. She has much more to contribute and allowing her to remain in the community will benefit not just her, but everyone who depends on her selfless efforts.

Thank you for considering this letter as part of your decision-making process. I am happy to provide further details if needed.

**Dr. Lennie Smith**
**COO**
**lsmith@dramaticsolutionsinc.com**
**1 (800) 719-8869 ext. 802**

# EXHIBIT H



Gabi Smith
4315 50th Street, NW
Suite 100-7178
Washington, DC 20016

November 30, 2024

To Whom It May Concern,

My name is Gabi Smith, and I serve as the Program Director for Career Shop DC, a community-based organization focused on workforce development and job placement for individuals facing barriers to employment. These barriers include prior incarceration, substance abuse, and homelessness, among others.

I am writing to provide a character reference for Ms. Dana McDaniel, an exceptional community activist and public servant whose dedication to improving the lives of others has made a significant impact in Washington, DC. Dana's unwavering commitment to service has positively transformed the lives of many, and I believe her contributions to the community warrant serious consideration in any decisions regarding her judicial matters.

I have been fortunate to know Dana in multiple capacities over the past two years—first as a Grant Supervisor and Business Associate, then as a Mentor, and now as a Friend. Our professional relationship has been built upon a shared mission to uplift and empower marginalized individuals in our community. Dana's passion for creating opportunities and driving change is evident in every project she undertakes.

One particularly impactful initiative was Dana's dream for Benning Terrace residents, where she planned a workforce development program designed to engage community participants directly in their neighborhood. Dana recognized that to inspire change in underserved communities, a hands-on approach was essential. For six weeks, Career Shop DC executed her project while meeting on a regular basis with Dana to plan, strategize, and execute her vision.

1

The program yielded exceptional results:

- **12 of 29 participants secured job offers before graduation**, a testament to Dana's ability to motivate and guide individuals toward success.
- **All 29 graduates continue to actively engage in job-seeking activities**, including attending job fairs and applying for open positions.
- Within 60 days of completion, participants achieved milestones such as securing full-time employment with government agencies including Homeland Security and preparing for entrance exams for Apprenticeship programs.

These outcomes, while remarkable to most, were simply a reflection of Dana's deep understanding of the community's potential, her foresight in choosing Career Shop DC to partner with for the project, and her ability to inspire them to begin their path to success.

Dana's impact extends beyond professional results. Her genuine compassion and dedication to her work have left a lasting impression on those she serves and those who work alongside her. During the graduation ceremony for the Benning Terrace project, I observed Dana quietly shedding tears as participants shared their achievements. Her emotional response underscored her deep personal investment in the success of others.

It is with this context that I ask the Court to consider Dana's history of service and the profound positive impact she has had on the community. A sentence that acknowledges her contributions and allows her to continue this vital work would benefit not only Dana but also the countless individuals and families who rely on her guidance and advocacy.

Thank you for your time and consideration. Should you require any additional information, I am happy to provide further insight into Dana's character and the transformative work she has accomplished. Please feel free to contact me at (202) 952-7039 or gabi.smith@careershopdc.com.

Sincerely,


Gabi Smith
Program Director
Career Shop DC

2

# EXHIBIT I



### GEORGETOWN UNIVERSITY

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

My name is Colie Levar Long, and I am writing this letter in support for Dana McDaniel who has been a guest lecturer, and program partner for several events at Georgetown University. As a Program Associate and Reentry Specialist for the Georgetown University Prisons & Justice Initiative (PJI), my experience of working with Ms. McDaniel has been a pure pleasure as she has proven to be a consistent pillar of moral rectitude for our program participants at PJI, as well as serving as a source of inspiration for our Prison Scholars participants currently at the DC Jail facility.

I am aware of the charge of bribery for which Ms. McDaniel has been convicted of. I truly believe that this unfortunate mishap is not the total sum of Ms. McDaniel's existence, that is why I am writing this letter to provide insight into her character based on my personal experiences with her. Ms. McDaniel has consistently volunteered at the DC Jail, mentoring our incarcerated students in the Young Men Emerging unit, as well as delivered several impactful lectures on the main campus of Georgetown University on the topic of community engagement in under served communities in Washington, DC. Her commitment to helping justice-impacted individuals was evident in her capacity as the Director of the DC Office of Neighborhood Safety and Engagement, helping many formerly incarcerated men and women obtain employment as Violence Interrupters in some of the most troubling neighborhoods in DC.

In my humble opinion, Ms. McDaniel is truly a "diamond in the rough." Despite of this unfortunate situation, Ms. McDaniel has still took the initiative to not only educate the youth people in our program on the importance of finding new methods of conflict resolution – but has also rebuffed the tendency to become complacent within the mire of a self-inflicted mistake. And consequently, this causes my admiration for Ms. Daniel to rise even higher as she continues to demonstrate the willingness and desire to constantly evolve into her higher-self, and explore the full range of her infinite potential.

So in closing, I would like to thank you for your time and consideration in reading this letter. I will like to leave you with this parting thought from Dr. Viktor Frankl: "Man's inner strength may raise him above his outward fate." Ms. McDaniel is a strong, positive role model for countless youth and young adults at PJI. We need more men like Ms. McDaniel to be given a second chance in society, so she can be a pillar of strength within the black community, and a shining beacon of hope for redemption.

Thank you for your time. I can be reached at (202) 500-4440 at the PJI at Georgetown's School of Continuing Studies. Thank you for your time.

Sincerely,

*Colie Levar Long*

Colie Levar Long
*Program Associate*

Prison & Justice Initiative
Georgetown University
37th and O Street NW
Washington, DC 20057
cl1463@georgetown.edu

# EXHIBIT J

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


Dear Judge Contreras:

My name is Jane E. Myles, I serve as Senior Pastor in NE Washington, DC.  It is my pleasure to write this letter on behalf of ***Dana McDaniel, 1:25-cr-00047.***  Dana and her family are dear to me; I have known them for almost ten years.

Dana is a very warm and caring person with outreach to both the youth and elderly. Motherhood is one of Dana's great pleasures as she is blessed with her natural daughter and also helps to mother other little ones.  On any given evening, you might find Dana sitting on the floor or at the kitchen table with homework spread all around helping young children.

Dana seems to look for ways to be a blessing unto others.  Her kindness toward the needy will always be remembered.  She is a skillful barber and the free haircuts for little boys who cannot not afford the barber shop expense is another of her many ministries.

Dana welcomes prayer and words of encouragement from the Holy Bible.  I feel that she regrets with much sorrow and has repented of this terrible Bribery she committed and if given the opportunity she is ready to continue her many good deeds to society. Thank you for your consideration.

Sincerely,

*Jane E. Myles*

Pastor Jane E. Myles

# EXHIBIT K




May 31, 2025

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Contreras:

I am honored to write this letter on behalf of Ms. Dana McDaniel, a former colleague and a cherished friend. I have known Dana for nine (9) years, and during this time, I have witnessed her unwavering commitment to service, her profound sense of duty, and the resilience that defines her character.

Dana has always demonstrated a deep sense of unwavering commitment to the marginalized, the least and the lost, court involved youth and families of the District of Columbia. I watched her dedicate herself to helping them find meaningful and impactful ways to change the trajectory of their lives. The personal sacrifice and time she gave tirelessly to finding resources and opportunities is to be commended. Her time as the Program Manager of a novel mentorship program in the District of Columbia for juveniles and their families was not merely a profession but a calling—one she embraced wholeheartedly, always putting service to them before personal gain. She took great pride in her role, inspiring those around her with her discipline and integrity.

But Dana's impact extended far beyond her formal responsibilities. She truly knew people—their names, their stories, and their communities. She understood that real change begins with connection, and she cultivated relationships that transcended barriers. Recognizing the need to celebrate cultural differences, Dana developed innovative strategies for engagement—using rap music, off roading safely with All Terrain vehicles (ATV), and the infamous family cookout as bridges to bring people together. These efforts weren't just symbolic gestures; they were intentional, meaningful opportunities that provided value to those often left to fend for themselves.

While Dana has faced the consequences of her actions, I have seen firsthand how she has been profoundly humbled by this experience. She does not make excuses or attempt to justify her mistakes; instead, she has taken full accountability, carrying the weight of remorse with a sincere commitment to making amends. She has dedicated herself to giving back, engaging in meaningful community service efforts, donating her time and resources to uplift those in need. One moment that stands out is Dana's unwavering advocacy for incarcerated youth to have a











**Email**
revjudie@innercitycdc.org
info@innercitycdc.org

**Office Phone**
202-584-3103
202-584-0875

**Fax**
202-584-1046

**Address**
5219 Call Place, SE
Washington, DC 20019







balanced spiritual experience. She recognized the importance of choice in faith and worked to restore access to Christian teachings within an institution that had almost exclusively shifted toward the Muslim faith. Dana stood beside the Christian community to ensure that these young individuals had the opportunity to engage in religious practices that resonated with them, reinforcing her belief in fairness, inclusion, and the right to spiritual guidance. Dana's selflessness and compassion were evident. This is who Dana has always been, someone whose heart is driven by a desire to serve and support others. Even in the face of adversity, she continues to live with integrity, proving that despite past mistakes, her core character remains one of kindness, generosity, and self-reflection.

Dana's remorse is undeniable. She has spent countless nights reflecting on the impact of her actions, not only on herself but on those around her. She holds herself accountable in ways that are truly rare, and her commitment to repaying society for her mistakes is deeply genuine. She is a mother, with whom I had the opportunity to bless her and her child before she was born. It was/is one of my most cherished memories of our lasting relationship. I remain committed to helping her spiritually and professionally find her center again.

Despite the circumstances, I would not hesitate to continue working with Dana. She has demonstrated personal growth, resilience, and an unwavering commitment to positive change. I firmly believe that her character remains fundamentally good, and I hope that this letter offers insight into the depth of her integrity and the sincere remorse she carries.

Please feel free to reach out if you require further insights into Dana's character. I can be reached at 240-304-6822 or via email atrevjudie@innercitycdc.org

Respectfully Submitted,

Reverend Judie Shepherd-Gore, JD, MBA
Executive Director, InnerCity Collaborative
Community Development Corporation

        

# EXHIBIT L

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
 Washington, DC 20001


June 1, 2025


Re: Character Letter for Dana McDaniel

Dear Judge, Contrera,

I am writing to express my heartfelt appreciation for Ms. Dana McDaniel and to provide a character reference for her. The offense that Ms. McDaniel has been accused of is entirely out of character for her. I have had the privilege of knowing for Ms. McDaniel for eight (8) years and during this time, I have consistently observed her integrity, compassion, and dedication to doing what is right. As a result of her leadership and guidance, I am now a Program Director that oversees the programming model to increase protective factors, mitigate trauma, fill in gaps in services, and put families in Ward 7 for successful outcomes.

From our very first meeting, Ms. McDaniel has always exhibited a remarkable ability to connect and engage with others. Her patience, understanding, and willingness to share knowledge has created a safe and encouraging environment for me to grow. One of the most admirable qualities of Ms. McDaniel is her commitment to fostering growth in others.

For example, during my time as the Program Coordinator for the Credible Messenger Initiative (Department of Youth and Rehabilitative Services Contractor), Ms. McDaniel provided critical feedback and support that allowed me to overcome challenges and achieve my goals. Her involvement in building out the Credible Messenger Initiative for the Department of Youth Rehabilitative Services, exemplifies her dedication to making a positive impact on others.

Although, Ms. McDaniel has done amazing things and is a great person, I want to also acknowledge the fact that Ms. McDaniels is also capable of making a mistake. The offense that Ms. McDaniel has been accused of is entirely out of character for her. I understand that the situation is troubling, but I firmly believe that it does not represent Ms. McDaniels as a person.

This incident stands in stark contrast to the exemplary behavior that I have witnessed over the years. I firmly believe that. Mcdaniels remorse is genuine, and I have witnessed a sincere desire to grow from this experience.

Thank you for considering this perspective. I hope it provides insight into Ms. McDaniels emotional state and commitment to personal growth following this incident.


Nicole Styles

202-390-0194

# EXHIBIT M

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


Your Honor,


I am Rahim Jenkins, Founder and Executive Director of The National Center For Juvenile Justice Reform (NCJJR) whose mission is to redesign methods of care, custody, and treatment of children involved in the juvenile justice system. I am also a retired executive employee of the DC Department of Youth Rehabilitation Services. (DYRS)

 I am also honored to have served in the Anthony Williams administration as the Senior Policy Advisor for Returning Citizens for both Youth and Adults. This assignment led to what is now DC's returning citizens programs.

While at DYRS I had the opportunity to work closely with Dana McDaniel in establishing several new and innovative treatment modalities for the agency.

*The Covenant of Peace...a 7-pillar violence intervention program

*Restorative Justice Principles and Practices

*Credible Messengers....to which the entire city is now modeling.


To Ms. McDaniel's credit she is the initial author of the agency's Credible Messenger program. I personally had the opportunity to witness Dana's passion and commitment to servicing the youth of our city. Her determination to provide youth with opportunities beyond even their own rejection of help is unmatched. The brilliance she has demonstrated in intellectualizing this work has also afforded practitioners a better viewpoint and approach to not only help the youth we serve, but also their families' challenges as well.


I also realize that Ms. McDaniel now comes before you not because of her many accomplishments but for a serious misstep in judgement. A misstep that she holds herself accountable for jeopardizing all the great work she has provided and the impact on the many that have come to depend on her.

Additionally Dana is the Mom of a 5 year old girl and not just a Mom but a very good Mom and I know this misjudgment has proven to be a very heavy toll mentally and emotionally on Dana, her family, her supporters, and the community she serves.

It is the ask of this writer that the court tempers justice with mercy in its decision for Dana McDaniel. There is still so much to be given by Dana and if ever a second chance is warranted there is no better set of circumstances or individual more deserving of this consideration than Dana McDaniel.

Respectfully,

RAHIM JENKINS

National Center For Juvenile Justice Reform, CEO

# EXHIBIT N

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor,

I want to share some insight about Dana Renee McDaniel; someone I've had the privilege of knowing for over 20 years. We both lived on 25th Street, and her extended family had roots there even before Dana moved to the neighborhood. Over the years, knowing Dana has been nothing short of amazing. She has always been there for everyone, extending a helping hand whenever needed.

Dana is known for her courage, compassion, humility, humor, kindness, generosity, assertiveness, and ambition. Spending time with her and her family has been a true blessing. Her mother, Mrs. Deborah was like a second mom to me. She welcomed me into their home, treating me like one of her own. I have fond memories of spending hours at their house, especially in the basement, where I set up my drums and played while Mrs. McDaniel and I danced and sang along to music. Her warmth, care, and extraordinary spirit made everyone feel loved and valued.

Dana's father was also a father figure to many in our neighborhood. He ensured we always had something positive to do growing up—whether it was providing bikes to ride, skates to use, or setting up a basketball court. Their home became a safe-haven for everyone, a second home for me and countless others. I was always welcome there, whether to grab something to eat, hang out with friends, or simply feel at peace.

Mrs. McDaniel's passing deeply affected our community. Her loss was a shock that still hurts to this day, and things have never quite been the same without her presence.

Dana has carried her family's legacy forward. She is an incredible mother to her daughter, Debbie, who is smart, loving, and funny. Dana always wanted a daughter to share her love with, and she is doing a wonderful job raising her. Our community adores Debbie and makes sure she is safe and supported.

Dana's impact on our neighborhood is immeasurable. She is a pillar of strength and unity, organizing community events like cookouts, street gatherings, and programs to help uplift residents. She helps people with issues like rent, job opportunities, and community resources, always ensuring that everyone has access to tools for a better life.

Dana is more than a friend—she is our community's therapist and peacemaker. She has taken it upon herself to ensure our neighborhood is a safe and harmonious place, even in the face of the challenges DC can bring. Her courage and dedication have bridged divides and created peace where there was once discord.

We need Dana in our community. She is a mentor, a protector, and a source of hope. Her role is irreplaceable, not just for our neighborhood but for her daughter and family. Every child needs their mother, and Debbie deserves the love, guidance, and support only Dana can provide.

Dana belongs here, with her family and her community. We love her dearly, and we pray she can remain where she is needed most—to continue inspiring us, bringing us together, and keeping our neighborhood strong and united.

Respectfully,

Sheilia Guinyard

# EXHIBIT O

**The Honorable Rudolph Contreras**
**United States District Judge**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, DC 20001**

**Your Honor,**

I have known Ms. McDaniels for about five years through our shared work in the community, particularly in helping at-risk youth. Over this time, I have come to know her as a compassionate and dedicated person who truly cares about others, especially those who are less fortunate.

Ms. McDaniels has been a strong personal support to me, always encouraging me to do more and never give up on the youth, whether they are incarcerated or not. She has consistently shown us that we all need someone to encourage and guide us in a different direction from the destructive paths of street life, such as robbery, drug dealing, carjacking, and disrespecting our parents. Her work has made a real difference in many young lives, including my own. The guidance and mentorship she has provided have been transformative.

I strongly believe that Ms. McDaniels should be considered for probation, as she is an invaluable asset to the community. We need her, and more importantly, her 5-year-old daughter needs her. The work she does is vital, and I hope her positive influence can continue.

Thank you for your time and consideration.

Sincerely,
Lorenzo Sanders

# EXHIBIT P

The Honorable Rudolph Contreras

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, DC 20001


Your Honor,


My name is Dannielle Hamilton I am the program coordinator for Benning Terrace. I ensure that the residents in the Benning community have programming and resources needed to succeed. I have known Dana McDaniel for 5+ years. Since I've known Dana she's been very sincere, transparent and dedicated to providing workforce development programs, employment placement and ensuring that every participant needs are met. Dana has been nothing less than awesome. I can give you so many success stories, one being most of our participants from all the trainings are either employed, have gone back to school or in training programs. Ms. McDaniels, have changed so many lives including mine, she's pushed me to open up more verbally and fight for my community needs. It is very pertinent that Dana stays in the community, to continue doing the awesome that work she does. Without her, my community, and others will not be the same. The workforce program and Dana helping to push, fighting for the communities she serve. I believe that Ms. Dana should be home in the community, serving her time on probation. We all know, she is responsible and will take responsibility for her actions. This will allow her to continue her passion, to help her community, and raise her daughter to become a great woman as she is. This would also keep Dana's record clean to ensure that her work is continued. Thank you for considering Ms. Dana for probation, and not an institution, you will not regret it.


Sincerely,

Danielle Hamiltom

# EXHIBIT Q

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


Your Honor,

I have known Dana McDaniel in a variety of capacities for many years. She has been a good friend, mentor, and neighbor for over 25+ years. Although she has watched me grow, I've also watched her grow into the strong, confident woman she is today.

Dana has always been an honest, hardworking, and responsible individual. She has always been willing to lend a helping hand to those in need, and I have seen firsthand dedication towards her family, friends, and the community.

Dana has always been an upright character in public. In our friendship she has been there for me, and the community. She has made it a point to be there and show a significant amount of support with helping to decrease/stop violence in Washington, D.C. She has mentored many young adults, who have faced trouble, and needed help.

Dana has always been supported by her beautiful family. She is raising an intelligent young lady who has a bright future ahead of her. Debbi loves her mother unconditionally and needs her in her daily life.

I can confirm that in all my time I have known her, Dana McDaniel has been a reliable, trustworthy, and decent person. It is important to keep Dana free for her family and the community. I hope that you will give an opportunity for a second chance to Dana.

Sincerely,

Shanice Burns

# EXHIBIT R

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


Your Honor,

I'm here to shed light on Dana Renee McDaniel to open up to let you know a little more about her and why she is important to not only us personally, but to the community as well. Our families have a long history with each other; we are so close that we consider each other cousins. Dana has always been a great positive and supportive person to us and was always just one text/call away. She has always been a good person, always there for you and giving you advice. She is also important because she opens doors for people, she also opened a very essential and important one for me.

When I got out of middle school, I had no concrete idea where I would go to high school. Like we all know, high schools can be very important to the molding of a person, it kind of creates the foundation on how you will be. In a time where me and my mom had no idea what I was going to do, Dana stepped in. Dana got me into School Without Walls, that's one of the top 2 schools in the city and is not easy to get into. That school changed my life, opened me up to diversity and showed me a completely different world from where I grew up. I would not even have that foundation or lifetime memories if it wasn't for her. If Dana can do that for me alone that should speak volumes on what she does for her community and family.

Dana deserves to be here for her family and us, her family/community. Dana was raised by who we call Uncle Skip (her dad) and Aunt Deb (her mom). Two of the coolest, down-to-earth parents I ever met. They always had an open door for us and always looked out for us. Her dad took me and my sister to an entire tennis conference that me and her still talk about until this day. Her mom always sprinkled little important gems to us that we would remember forever. The way that they were there for us and showing us nothing but love makes complete sense to how Dana turned out to be such a good person. Dana is also a mom now, raising the princess of 25th Street, "Little Debbie" named after her mom, who passed away.
Little Debbie is so outspoken and such a vibrant little girl who is being raised and surrounded by nothing but love. It takes a village and Dana is so important to this village, to her 25th Street village and Langdon park community.

Dana has been there so much for the community, making sure that there is always something for the kids coming up in that area to do. The children are the future; being able to have safe and fun events that get them away from this dangerous city we live in is so important. Dana always makes sure she is doing something or have something set up throughout the year for them. In a city where things are hard, living is hard along with the cost of living. Speaking of the cost of living, a lot of us were having a serious problem with the amount of tickets from the insane amount of cameras in the city. The number of tickets that we had was a lot for us and is something that we cannot just pay, it doesn't help that they triple when we are unable to pay for them. We were all outside one day and Dana overheard us talking about it and jumped right in to help! She told us to get our documentation and give it to her, and she will get everything started from there. The next couple of days, our tickets were paid off! I remember just giving her a big hug because she really relieved me from that huge burden, I even cried a little. Dana is such a hands-on person with us and everyone else again another amazing thing she did for the community.

Since Dana has been active in the community there has been a recline in gang violence. Especially in our neighborhood between the Langdon Park and Saratoga communities. There have been a lot of terrible things coming out of that ongoing situation, but there has been such a shift/change for the better throughout the years, Dana being one of the main reasons why. Some people fall short and make bad decisions and Dana is always there to support them both physically and mentally. She provides them with programs, putting them in rooms to better their future if that's something that they want to do. She gives them great advice at every turn, and she lets them know when things are not okay and they can do better. Dana is one of those people who is a part of creating that pivotal moment or decision in your life. She did it for me and countless others, she is such an amazing person with an amazing soul. Just like she opens doors and gives people second chances, she is well deserved to receive grace and deserves to stay free not only for her family but for the community.

Thank you kindly,

Tyairra Guinyard

# EXHIBIT S

# EXHIBIT T

The Honorable Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington DC 20001

Dear Judge Contreras,

My name is Ronald Etheridge Sr, I'm a Deacon at First Baptist Church of Glenarden International. I am also the uncle of Dana McDaniels

In my capacity as a Deacon, I fulfill the responsibilities of serving the pastor and board of elders, ensuring that both the spiritual and temporary needs of the congregation are adequately addressed.

I have written this letter to highlight some of the character qualities of Dana McDaniels.

I have known Dana since her birth. And she has always been a caring, loving, kind and thoughtful person.

Ms. McDaniels has consistently demonstrated a propensity to identify and rectify injustices. In contrast, Dana proactively addresses negative neighborhood occurrences rather than resorting to mere complaining, actively seeking solutions to improve the situation.

Dana mediated a reconciliation between her Langdon Park neighborhood and their rival Brentwood neighborhood following the tragic shooting of her brother. This resolution has fostered a lasting sense of peace between both communities for the past six years.

During a period of personal challenges for her mother, Dana assumed the responsibility of caring for her younger siblings. This included enrolling them in school, encouraging their participation in sports, and arranging summer camp activities. Additionally, Dana managed the financial aspects of their living arrangements, including paying rent for the apartment where they resided.

Dana has provided support to relatives by assisting them in securing employment, obtaining training, and reintegrating into society after incarceration. She facilitated my granddaughter's enrollment in training following her release from prison. Additionally, she gifted my granddaughter with gift cards to assist with supporting her children during her incarceration.

Ms. McDaniels served as the steadfast pillar of her family during the unexpected passing of her mother, grandmother, and grandfather. She endeavored to unite the family during those challenging times.

Dana is an exceptional mother and a wonderful aunt and cousin. Her nieces and nephews hold dear the opportunity to spend time at her residence. Her cousins maintain a close and affectionate relationship with her.

Ms. McDaniels started attending First Baptist Church of Glenarden International in October 2024. After which in November 2024 she joined Queen Ester Prep Ministry.

Queen Ester Ministry is a women's ministry dedicated to the development of godly women through discipleship and the disciplined application of God's Word. Their mission is to effectively impact families

and communities through the empowerment and guidance of women. Female mentors have been assigned to guide her in spiritual development, offering counsel, prayer, and guidance on scripture study.

In March 2025, Dana commenced and successfully completed the new members class, officially becoming a member of  First Baptist Church of Glenarden International. She was baptized in April 2025, further solidifying her newfound membership.

Dana will continue to receive unwavering support and prayers from her Queen Ester sisters and church family as she grapples with the challenges that lie ahead.

Although I am aware of her charges, that does not align with Dana's character.   Dana has implemented substantial transformations and has appointed mentors and spiritual advisors to support her in adhering to a virtuous path. I have engaged in prayer with Dana on numerous occasions, and I am confident in the authenticity of her transformation.


Sincerely yours,

Ronald Etheridge Sr

# EXHIBIT U

# EXHIBIT V

| | | |
|---|---|---|
| **Government of the District of Columbia**<br>441 4th Street, NW, Suite 420 South<br>Washington, DC 20001 | Pay Group: G1N-Group 1 - 7 Day FLSA<br>Pay Begin Date: 02/26/2023<br>Pay End Date: 03/11/2023 | Union: NUMngSuper<br>Advice #: 0013674732<br>Check Date: 03/21/2023 |

| | | |
|---|---|---|
| **Name:** Dana R McDaniel<br>**Employee ID:** 00068231<br>**Department:** NS10000000<br>Neighborhood Safety and Engage<br>**Job Title:** Program Manager (Outreach) | **LEI:** 01/05/2020   **Appt Date:** 04/09/2012<br>**Ret Plan:** A-DC 5%   **Health Plan:** AETPPO<br>**Salary:** $133,709.00   **Sal Admin Plan** DS0086<br>**Grade:** 14   **Step:** 0 | **TAX DATA:** Federal / DC State<br>Tax Status: Single / Single<br>Allowances: N/A / 0<br>Addl. Pct: N/A<br>Addl. Amt: |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 64.283173 | 70.00 | 4,499.83 | 384.00 | 24,684.76 |
| Annual Leave Taken | 64.283173 | 8.00 | 514.27 | 54.00 | 3,471.30 |
| Sick Leave Taken | 64.283173 | 2.00 | 128.57 | 10.00 | 642.84 |
| Holiday Pay | | | 0.00 | 32.00 | 2,057.08 |
| **TOTAL:** | | **80.00** | **5,142.67** | **480.00** | **30,855.98** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 818.89 | 4,919.28 |
| Fed MED/EE | 71.02 | 426.49 |
| Fed OASDI/EE | 303.68 | 1,823.60 |
| DC Withholdng | 354.79 | 2,130.86 |
| **TOTAL:** | **1,548.38** | **9,300.23** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Aetna DC PPO | 206.76 | 1,226.86 |
| Cigna Dental PPO Self + 1 | 37.91 | 189.55 |
| Cigna Dental PPO Self | 0.00 | 26.71 |
| **TOTAL:** | **244.67** | **1,443.12** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DC Basic Life | 5.89 | 35.34 |
| DC Life - Option A | 0.57 | 3.42 |
| DC Short Term Disability | 23.50 | 141.00 |
| **TOTAL:** | **29.96** | **179.76** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Aetna DC PPO | 620.28 | 3,680.57 |
| Cigna Dental PPO Self + 1 | 9.43 | 47.15 |
| DC Quality Self Only | 2.13 | 12.78 |
| DC Basic Life | 2.94 | 17.64 |
| Defined Contribution Plan 5% | 257.13 | 1,542.78 |
| Medical Admin Fee | 30.23 | 181.38 |
| Cigna Dental PPO Self | 0.00 | 6.64 |
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,142.67 | 4,898.00 | 1,548.38 | 274.63 | 3,319.66 |
| YTD | 30,855.98 | 29,412.86 | 9,300.23 | 1,622.88 | 19,932.87 |

| Year To Date | Sick Leave | Annual Leave | FLSA Comp | Restored Leave | MPD/Fire Comp | Universal Leave | NET PAY DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| Start Balance | 407.0 | 153.00 | 5.00 | 0.00 | 0.00 | 0.00 | |
| + Earned | 20.0 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | Advice #0013674732   3,319.66 |
| - Taken | 10.0 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| + Adjustments | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| End Balance | 417.0 | 161.00 | 5.00 | 0.00 | 0.00 | 0.00 | **Total:**   3,319.66 |

**MESSAGE:**

## DIRECT DEPOSIT DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #0013674732 | Checking | ************9146 | 3,319.66 |
| **TOTAL:** | | | 3,319.66 |

# EXHIBIT W

**The Honorable Rudolph Contreras**
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Greetings Judge Contreas,

My name is Larry Moon jr and I am The Program Director for The Hope Foundation Reentry Network, A Non profit Organization which specializes in mentoring  individuals during incarceration as well as assisting them with resources Post-incarceration. I've had the opportunity to work with Dana McDaniel  on various occasions in the capacity of workshop Facilitation which involved assisting clients with Personal  Development and Life Skills. Dana is a very thoughtful person who is always willing to assist others. I've witnessed her taking the time to address each individual that may have needed personal attention  when struggling with any information that was pertinent to their growth and personal development. I've witnessed her interaction and engagement with her daughter and it was very heartfelt to experience the love and warmth that was shared between the two of them. I believe that Dana is a productive member of society. I've watched her assist with being of  service within the community on several occasions such as returning citizens welcome home expo's and flyer distribution for community engagement events. I Do believe that the offense that Dana is facing is out of character for her. The reason that I feel this way is because Dana is a well rounded individual who I have witnessed make sound decisions which speaks to being an individual with a high level of integrity. I've spoken to Ms.McDaniel  on several occasions recently and she has been very remorseful about her actions pertaining to her legal situation and fully accepts responsibilty. I hope that this letter speaks to her impeccable and compassionate character.

Sincerely, Larry Moon jr


Scanned with
CS CamScanner