## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 25-CR-00047** |
| | : | |
| | : | |
| **DANA MCDANIEL,** | : | |
| | : | |
| **Defendant.** | : | |

### CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by Defendant **DANA MCDANIEL**, and their counsel, James King, in which Defendant agreed to plead guilty to an Information, charging the Defendant with the offense of Bribery, in violation of 18, United States Code, Sections 201(b)(2), and the Defendant pleaded guilty to Count One.

*WHEREAS*, the Information gave notice that, upon conviction of the offense alleged in the Criminal Information, any property involved in this offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1)—and such forfeiture is mandatory;

*WHEREAS*, the Information gave notice that upon conviction, the United States will seek a forfeiture money judgment against the Defendant;

*WHEREAS*, the Defendant personally obtained at least $10,000 from Count One.

*WHEREAS*, pursuant to Rule 32.2(c)(1), an order of forfeiture for a personal money judgment requires no ancillary proceeding and is therefore final;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, the Defendant admits that one or more conditions under Title 21, United

States Code, Section 853(p)(1) exist, namely that any property involved in Count One, or any property traceable to such property, that Defendant personally obtained, have been dissipated by the Defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.    The Court finds that property the Defendant personally obtained $10,000 from the offense of conviction. A forfeiture money judgment in the amount of $10,000 is entered against the Defendant and in favor of the United States.

3.    The Court finds that the criminal earnings obtained by the Defendant, namely $10,000, have been dissipated by the Defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

4.    Pursuant to Rule 32.2(c)(1), because this order consists only of a personal money judgment, this is a final order of forfeiture.

5.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6.    That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the Defendant's consent, this Order of Forfeiture is now final as to the Defendant and shall be made part of the sentence and included in the judgment.

2

7.    The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

8.    The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____18th_____ day of _September_, 2025.

_____
HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE


WE ASK FOR THIS:

JEANINE FERRIS PIRRO
United States Attorney


By:    /s/ *Rebecca G. Ross*
       Rebecca Ross (N.Y. BAR #5590666)
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C.   20530
       Rebecca.Ross2@usdoj.gov
       (202) 815-8982